JOHN GRIFFITH, JR., an Infant over the Age of Fourteen Years, by JOHN GRIFFITH, SR., His Guardian ad Litem, and JOHN GRIFFITH, SR., Appellants, v. SOUTHFIELD BEACH RAILROAD COMPANY, Respondent.— Judgment dismissing the complaint and order in so far as it dismisses the complaint reversed on the law; order in so far as it sets aside the verdicts affirmed and a new trial granted, costs to appellants to abide the event. The court had no power to dismiss the complaint after having denied a motion to dismiss it and after rendition of verdict. (*Dougherty* v. *Salt*, 227 N. Y. 200; *Bail* v. *N. Y., N. H. & H. R. R. Co.*, 201 id. 355.) Young, Kapper, Hagarty and Scudder, JJ., concur; Lazansky, P. J., concurs for reversal of the judgment dismissing the complaint and of the order in so far as it dismisses the complaint, but dissents as to the order in so far as it sets aside the verdicts, and votes for a reinstatement of the verdicts and judgment thereon in favor of plaintiffs.

DOMINICK IZZO, as Guardian ad Litem of TONY IZZO, an Infant under the Age of Twenty-one Years, Respondent, v. SURFACE TRANSPORTATION COMPANY, Appellant.— Order of the City Court of White Plains denying, on condition, defendant's motion for a bill of particulars affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Application and Petition of THE CITY OF NEW YORK, Appellant, to Acquire Certain Real Estate at Mohansic Lake and Little Mohansic Lake, in the Town of Yorktown, Westchester County, New York, under the Greater New York Charter and Pursuant to Chapter 543 of the Laws of 1925, ▌ to Be Acquired for the Sanitary Protection of the Water Supply of the City of New York. JAMES J. MEAD, Individually and as General Guardian of ELEANOR ELIZABETH CORNWELL, and Others, Respondents.— Order confirming award of $89,636.90 and rejecting alternative award of $13,753.40 and awarding an allowance unanimously affirmed, with costs. (*Matter of City of New York, Mohansic Lake* [*Mead*], 236 App. Div. 694.) Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Petition of HENRY D. HOLDEN, as General Guardian of MADELEINE DE SYLVIA HOLDEN, an Infant, Respondent, for an Order Directing HIRAM E. MEEKER, as Receiver of First National Bank in Mamaroneck, Appellant, to Turn over to Petitioner, Jointly with WILLIAM O. CLARK, Clerk of This Court, the Funds of Said Infant.†— Order directing receiver to turn over certain moneys to guardian and coguardian of infant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur. [147 Misc. 209.]